**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 10-cr-00460-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RODERICK SANCHEZ,

    Defendant.

---

**PRELIMINARY ORDER OF FORFEITURE**

---

This matter is before the Court on the United States' Motion for Preliminary Order of Forfeiture. The Court having read said Motion and being fully advised in the premises finds:

The United States and Defendant Roderick D. Sanchez entered into a Plea Agreement and Statement of Facts Relevant to Sentencing, which provides a factual basis and cause to issue a forfeiture order under Title 18, United States Code, Section 981(a)(1)(C), Title 28, United States Code, Section 2461(c), and Rule 32.2 (b) of the Federal Rules of Criminal Procedure;

THAT prior to the disposition of the assets, the Federal Bureau of Investigation, or its designated sub-custodian, is required to seize the forfeited property and provide notice to any third parties pursuant to 21 U.S.C. §853(n).

THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT Defendant's interest in the following:

One Rolex Oyster Perpetual Submariner Date Rolex Wristwatch, Model Number 16613-60-93253, Serial Number Y859848;

One Rolex Oyster Perpetual Datejust Wristwatch, Model Number 79173-57-72133, Serial Number Y656538; and

Any and all right, title, and interest in the real property and appurtenances known as 55 Cottonwood Drive, Cotopaxi, Colorado 81223 (Parcel # 77018418, Freemont County)

is forfeited to the United States in accordance with Title 18, United States Code, Section 981(a)(1)(C), Title 28, United States Code, Section 2461(c), and Rule 32.2(b) of the Federal Rules of Criminal Procedure. Pursuant to Fed. R. Crim. P. 32.2(b)(3), this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

THAT the Federal Bureau of Investigation, or its designated sub-custodian, is directed to seize the property subject to forfeiture, and further to make your return as provided by law;

THAT the Federal Bureau of Investigation, or its designated sub-custodian, shall publish notice of this Preliminary Order of Forfeiture in accordance with 21 U.S.C. § 853(n) via a government website for thirty consecutive days, and to make its return to this Court that such action has been completed;

THAT upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C),

Title 28, United States Code, Section 2461(c), and Rule 32.2 of the Federal Rules of Criminal Procedure, in which all interests will be addressed.

The Court shall retain jurisdiction to enforce this Order and adjudicate the interests of all third parties in ancillary proceedings.

SO ORDERED this __4th__ day of January, 2011.

BY THE COURT:

_Christine M. Arguello_
_____
CHRISTINE M. ARGUELLO
United States District Judge