## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Christine M. Arguello

Criminal Case No. 10-cr-00460-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RODERICK SANCHEZ,

    Defendant.

---

## FINAL ORDER OF FORFEITURE

---

THIS MATTER comes before the Court on the United States' Motion for Final Order of Forfeiture (Doc. # 38) for the following property:

    a.    One Rolex Oyster Perpetual Submariner Date Rolex Wristwatch, Model Number 16613-60-93253, Serial Number Y859848;

    b.    One Rolex Oyster Perpetual Datejust Wristwatch, Model Number 79173-57-72133, Serial Number Y656538; and

    c.    Any and all right, title, and interest in the real property and appurtenances known as 55 Cottonwood Drive, Cotopaxi, Colorado 81223 (Parcel # 77018418, Fremont County).

The Court having read said Motion and being fully advised in the premises finds:

THAT the United States commenced this action pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Rule 32.2 of the Federal Rules of Criminal Procedure;

THAT a Preliminary Order of Forfeiture was entered on January 4, 2011, (Doc. # 20);

THAT all known interested parties were provided an opportunity to respond and that publication has been effected as required by 21 U.S.C. § 853(n);

THAT it further appears there is cause to issue a forfeiture order under 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Fec. R. Crim. P. 32.2;

NOW, THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2 free from the claims of any other party:

   a. One Rolex Oyster Perpetual Submariner Date Rolex Wristwatch, Model Number 16613-60-93253, Serial Number Y859848;

   b. One Rolex Oyster Perpetual Datejust Wristwatch, Model Number 79173-57-72133, Serial Number Y656538; and

   c. Any and all right, title, and interest in the real property and appurtenances known as 55 Cottonwood Drive, Cotopaxi, Colorado 81223 (Parcel # 77018418, Fremont County).

THAT the United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

SO ORDERED this   13th   day of June, 2011.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge

2